**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EUGENE DEWS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-2744** |
| | : | |
| **MR. JOSEPH TERRA, MS. ANN LEWIS GEOVONTI, MS. VIVIAN CROSSMAN, and MS. BRITANY HUNER** | : | |

## ORDER

**AND NOW**, this 17th day of November 2026, upon considering Defendants' partial Motion to dismiss (ECF 22), Plaintiff's Response (ECF 29), finding the incarcerated Plaintiff pleads facts allowing us to plausibly infer personal involvement of supervisors subject to discovery but cannot proceed as a matter of law on his separate Fourteenth Amendment due process claim given his Eighth Amendment claim and the Department of Corrections is not a person under the civil rights laws, and as more fully detailed in today's accompanying Memorandum, it is **ORDERED** Defendants' partial Motion to dismiss (ECF 22) is **GRANTED in part** and **DENIED in part** requiring we:

1. **Dismiss** the Fourteenth Amendment claim and Department of Corrections with prejudice;

2. **Amend** the caption as above to reflect dismissing Department of Corrections; and,

3. **Grant** the Commonwealth Defendants leave to file an Answer to the remaining First and Eighth Amendment allegations on or before **December 1, 2026.**

__________________________
**KEARNEY, J.**